NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-807

JAMES LARRIEU

VERSUS

JULIE M. POSEY, ET AL

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 203,214
HONORABLE F. RAE SWENT, DISTRICT JUDGE

**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Chris J. Roy, Sr.
Timothy D. Shumate
Law Offices of Chris J. Roy, Sr.
2006 Gus Kaplan Dr., Suite 2B
Alexandria, LA 71301
(318) 767-1114
COUNSEL FOR PLAINTIFF/APPELLANT:
    James Larrieu

Bonita Preuett-Armour
Armour Law Firm
P.O. Box 710
Alexandria, LA 71309
(318) 442-6611
COUNSEL FOR DEFENDANT/APPELLEE:
    State Farm Mutual Automobile Insurance Co.